Andrew T. Solomon
SOLOMON CRAMER & SUMMIT LLP
25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102
asolomon@solomoncramer.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

MONICA MORRISON,

Plaintiff,

-against-

TELUS DIGITAL, TELUS CORPORATION, JESSICA SARGENT and PEGGY KEYS,

Defendants.

---------------------------------------------------------x

Case No. 1:28-cv-8161

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendants TELUS International (U.S.) Corp. and TELUS International Digital Solutions, LLC, improperly named in the State Court Action as "TELUS Digital," and Defendant TELUS Corporation (together, the "Removing Defendants"), hereby remove the above-captioned action to this Court from the Supreme Court of the State of New York, County of New York.

1. The Removing Defendants are defendants in the civil action commenced on August 3, 2026 in the Supreme Court of the State of New York, County of New York, captioned *Monica Morrison v. TELUS Digital, TELUS Corporation, Jessica Sargent and Peggy Keys*, Index No. 159760/2026 (the "State Court Action").

2. The Summons with Notice names as a defendant an entity identified only as "TELUS Digital." No entity of that name is registered in Nevada. Service was made on August 21, 2026 on Corporation Service Company, which is the registered agent in Nevada for both

TELUS International (U.S.) Corp. and TELUS International Digital Solutions, LLC, and which accepted service on behalf of "TELUS Digital." Those two defendants therefore remove out of an abundance of caution, and neither concedes that it is the entity Plaintiff intended to name, that it employed Plaintiff, or that it is a proper party to this action.

3. Undersigned counsel represents all defendants in the State Court Action. Every defendant that has been served with process joins in this removal, and no separate consent is therefore required. Defendants Jessica Sargent and Peggy Keys have not been served, and their consent to removal is not required, because 28 U.S.C. § 1446(b)(2)(A) requires the consent only of those defendants who have been "properly joined and served."

## I. GROUNDS FOR REMOVAL

4. This case is removable under 28 U.S.C. § 1441(a) because it is a civil action of which the district courts of the United States have original jurisdiction under 28 U.S.C. § 1331. Plaintiff's Summons with Notice states that the nature of this action is, among other things, whistleblower retaliation in violation of the Fair Labor Standards Act, 29 U.S.C. § 215(a)(3), and interference and retaliation in violation of the Family and Medical Leave Act, 29 U.S.C. § 2615. Plaintiff asserts the right to recover on the basis of those federal statutes.

5. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over Plaintiff's remaining claims, which are pleaded under New York Labor Law §§ 215 and 740, the New York State Equal Pay Act, the New York State Human Rights Law, and the New York City Human Rights Law. Those claims arise from the same employment relationship and the same alleged conduct as Plaintiff's federal claims and form part of the same case or controversy under Article III.

## II. TIMELINESS

6. The Summons with Notice was served on TELUS International (U.S.) Corp. and TELUS International Digital Solutions, LLC on August 21, 2026 through their registered agent in Carson City, Nevada, and on TELUS Corporation on August 24, 2026 through CT Corporation System at 28 Liberty Street, New York, New York. This Notice of Removal is filed within 30 days of receipt of the Summons with Notice by each Removing Defendant and is therefore timely under 28 U.S.C. § 1446(b)(1). A New York summons with notice constitutes an "initial pleading" under § 1446(b) where, as here, it discloses on its face the federal claims on which removal is premised. *See Whitaker v. Am. Telecasting, Inc.*, 261 F.3d 196, 205-06 (2d Cir. 2001) (holding that a summons with notice may constitute the initial pleading under § 1446(b) where it enables the defendant to "intelligently ascertain" removability from the face of the pleading).

## III. VENUE

7. Venue is proper in this District under 28 U.S.C. § 1441(a) because the Southern District of New York is the district embracing the Supreme Court of the State of New York, County of New York, where the State Court Action is pending. *See* 28 U.S.C. § 112(b).

## IV. PROCESS, PLEADINGS, AND ORDERS

8. Pursuant to 28 U.S.C. § 1446(a), the Removing Defendants attach to this Notice the following papers, which are all of the process, pleadings, and orders served on Defendants prior to removal of this action:

a. Summons with Notice, dated August 3, 2026, attached hereto as Exhibit A

b. Affirmation of Service of Toni Ruckman, sworn to August 23, 2026, attached hereto as Exhibit B

c. Affirmation of Service of Christopher J. Klein, sworn to August 24, 2026, attached hereto as Exhibit C

9. Pursuant to 28 U.S.C. § 1446(d), the Removing Defendants are serving written notice of the filing of this Notice of Removal on Plaintiff through her counsel and is filing a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York.

10. By removing this action, the Removing Defendants do not waive, and expressly reserve, all defenses and objections available to them, including as to the misnomer of the named defendant, the sufficiency of process and service of process, personal jurisdiction, venue, the failure to state a claim, and the right to compel arbitration. The remaining defendants likewise reserve all such defenses and objections.

**WHEREFORE**, the Removing Defendants respectfully remove the State Court Action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated: New York, New York
September 18, 2026

SOLOMON CRAMER & SUMMIT LLP
*Attorneys for Defendants*

By: /s/Andrew T. Solomon
Andrew T. Solomon
asolomon@solomoncramer.com

25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102