# EXHIBIT B

| Attorney or Party without Attorney: Megan S Goddard, Esq. ()<br>Goddard Law PLLC<br>39 Broadway #1540<br>New York, NY 10006<br>Telephone No: 646-504-8363<br>Attorney For: Plaintiff | | | Ref. No. or File No.:<br>2668298 | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>Supreme Court of the State of New York County of New York | | | | |
| Plaintiff: Monica Morrison<br>Defendant: TELUS Digital, et al. | | | | |
| **AFFIRMATION OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>159760/2026 |

1. Toni Ruckman , the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of NV .

2. I served copies of the SUMMONS WITH NOTICE .

3. a. *Party served:* TELUS DIGITAL
   b. *Person served:* Jeb Black - Authorized Agent for CSC, Registered Agent , Caucasian , Male , Age: Mid 50s , Hair: Brown , Eyes: Brown , Height: 5'9" , Weight: Seated

4. *Address where the party was served:* 112 North Curry Street, Carson City, NV 89703

5. *I served the party:* By delivering to and leaving a true copy with Jeb Black - Authorized Agent for CSC, Registered Agent said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership on: Fri, Aug 21 2026 at: 02:15 PM .

I affirm this 23 day of AUGUST, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

08/23/2026 — Toni L Ruckman

(Date) (Signature)

FL FIRSTLEGAL

AFFIRMATION OF SERVICE

16672711
(432273)