# EXHIBIT C

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
ATTORNEY(S) GODDARD LAW PLLC
39 BROADWAY SUITE 1540 NEW YORK, NY 10006 | PH: (646) 504-8363

Index Number: 159760/2026
Date Filed: 08/03/2026

**MONICA MORRISON**

Plaintiff

vs

**TELUS DIGITAL, TELUS CORPORATION, JESSICA SARGENT AND PEGGY KEYS**

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/24/2026**, at **11:24 AM** at **c/o CT CORPORATION, 28 Liberty Street, New York, NY 10005**, Deponent served the within **SUMMONS WITH NOTICE**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **TELUS CORPORATION - C/O CT CORPORATION SYSTEM**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Mohamed Dansoko** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Mohamed Dansoko is as follows:

**Perceived Gender**: Male **Perceived Race**: Black **Color of hair:** Brown **Age**: 35
**Height**: 5ft9in-6ft0in **Weight**: 161-200 Lbs. **Other** :

I affirm this day August 24, 2026 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN
Lic # 1188546
JobID 2668297

**Client's File No.:**

*First Legal, 225 Broadway, Suite 440, New York, NY 10007; License Number: 2127642-DCWP*
*First Legal Buyer,Inc*