Andrew T. Solomon
SOLOMON CRAMER & SUMMIT LLP
25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102
asolomon@solomoncramer.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
MONICA MORRISON,

Plaintiff,

v.

Case No. 1:26-cv-8161

TELUS DIGITAL, TELUS CORPORATION,
JESSICA SARGENT and PEGGY KEYS,

Defendants.
---------------------------------------------------------x

**SUPPLEMENTAL NOTICE OF REMOVAL**

1. On September 18, 2026, the Removing Defendants removed this action from the Supreme Court of the State of New York, County of New York, Index No. 159760/2026. The removal was based on the Summons with Notice served on August 21, 2026 (ECF No. 1).

2. On September 17, 2026, Plaintiff filed a Complaint in the state court action (NYSCEF Doc. No. 4). No defendant had appeared in the state court action when the Complaint was filed, and the Complaint has not been served on any defendant.

3. A copy of the Complaint is attached as Exhibit A to complete the record of the state court proceedings. 28 U.S.C. § 1447(b).

4. The Complaint asserts the federal claims on which the Notice of Removal relied: interference and retaliation under the Family and Medical Leave Act, 29 U.S.C. § 2615 (Second Cause of Action), and retaliation under the Fair Labor Standards Act, 29 U.S.C. § 215(a)(3)

(Sixth Cause of Action). The Court has original jurisdiction over those claims under 28 U.S.C. § 1331 and supplemental jurisdiction over the remaining claims under 28 U.S.C. § 1367(a).

5. The Removing Defendants reserve all defenses and objections. These include that they are improperly named and that Plaintiff's claims are subject to arbitration.

Dated: New York, New York
September 20, 2026

SOLOMON CRAMER & SUMMIT LLP
*Attorneys for Defendants*

By: /s/Andrew T. Solomon
Andrew T. Solomon
asolomon@solomoncramer.com

25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102