SOLOMON, CRAMER & SUMMIT LLP
Andrew T. Solomon
25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102
asolomon@solomoncramer.com
*Attorneys for Defendant TELUS International Digital Solutions, LLC, sued as TELUS Digital*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MONICA MORRISON,

Plaintiff,

-against-

TELUS DIGITAL, TELUS CORPORATION, JESSICA SARGENT and PEGGY KEYS,

Defendants.

-------------------------------------------------------------------X

Case No. 1:26-cv-08161 (SHS)

**DECLARATION OF ARTIE ODOMS IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY THE ACTION**

Artie Odoms declares pursuant to 28 U.S.C. § 1746:

1. I am Vice President of Human Resources of TELUS International Holding (U.S.A.) Corp. I have access to the personnel records of its subsidiary TELUS International AI Acquisition, Inc. (AI Acquisition), which are made and kept in the regular course of its business at or near the time of the events they record. I make this declaration from personal knowledge and my review of those records.

2. AI Acquisition and TELUS International Digital Solutions, LLC, which was served in this action as TELUS Digital, are sister companies, each wholly owned by TELUS International Holding (U.S.A.) Corp.

3. On November 9, 2023, AI Acquisition offered plaintiff Monica Morrison the position of Writer Analyst. The position was remote. A true copy of the offer letter, with its

schedules and the enclosed Mutual Agreement to Arbitrate Claims (the Agreement), as signed, is Exhibit A.

4. Morrison accepted the offer by electronic signature through DocuSign on November 10, 2023.

5. Morrison signed the Agreement through DocuSign on November 10, 2023. AI Acquisition signed the Agreement through DocuSign on November 9, 2023.

6. Morrison began remote work on November 15, 2023. She was hired and approved to work remotely from Cheektowaga, New York. AI Acquisition has employed her throughout, and she remains employed and on leave.

7. Morrison signed no other arbitration agreement, and AI Acquisition's records reflect no revocation or modification of the Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2026, at Houston, Texas.

Signed by:
Artie Odoms
D0FC8418342D437...

Artie Odoms