# EXHIBIT A

TELUS International

November 9, 2023

Monica Morrison
187 Oehman Blvd.
Cheektowaga, NY 14225

**Offer of Employment**

Dear Monica,

On behalf of Telus International AI Acquisition, Inc. ("TELUS"), we are very pleased to offer you the position of Writer Analyst in the AI Division. This position will be remote, with an effective date of November 15, 2023. In this position, you will be supported by Mildred Aguilar Estrada.

Below is our confirmation of the terms and benefits we offer:

**Compensation and Benefits**

TELUS is pleased to offer you a competitive compensation package, which includes:

- A base salary in the gross amount of USD $27.00 per hour, paid bi-weekly, subject to standard deductions and withdrawals. Future increases will be subject to your successful performance and will be in accordance with the TELUS compensation guidelines. For all positions starting after October 1, 2023, per the terms of the TELUS compensation guidelines, eligibility for the annual merit program will begin in 2025.

- Participation in the Company's Benefit Plan effective the first of the month following your hire date. You will fall under the TELUS exempt benefits policy. A complete guide and enrolment package will be forwarded to you soon after the commencement of employment.

- The calculation of your exempt vacation for 2023 will be prorated for the period of November 15, 2023 to December 31, 2023, based on your eligibility to accrue up to 15 days per annum for 2023. Your eligibility to accrue vacation entitlement will continue until your years of service warrant an increase in this amount, as per the TELUS Vacation Policy.

This offer is contingent upon you:

- Signing the Company's standard Confidentiality Agreement (a copy of which is enclosed); and
- Providing the Company with appropriate documents establishing your identity and right to work in the United States upon reporting for your first day of work;
- Verification of the information contained in your employment application, which may include satisfactory references;
- Successfully completing a background check;
- Successfully completing client training; and
- Reviewing and acknowledging the team member handbook

In addition, an arbitration agreement is enclosed with this offer. The arbitration agreement, which provides that you and the Company will submit any covered dispute to binding arbitration, should be read carefully, signed and returned to the Company.

**Employment At-Will**

Your employment with TELUS is "at-will". TELUS may at any time terminate your employment for any reason, with or without cause, and with or without advance notice. Similarly, you may resign your employment for any reason, with or without cause, and with or without notice. Moreover, this offer of employment is not a contract of employment for a fixed term.

**Legal Entitlement to Work**

Your employment is conditional upon you being eligible to legally work in the United States ("US") on a continuous basis for the duration of your employment with TELUS. You will be required to present evidence of your right to work in the US for the duration of employment, prior to the commencement of your employment with TELUS.

Pursuant to the Immigration and Nationality Act, TELUS is required to verify the identity and employment authorization for all new hires. In order to comply with this legal obligation, we must complete an Employment Eligibility Verification Form I-9 within 3 days of hire. Please note that you will need to provide either (i) one document from "List A" **or** (ii) one document from "List B" **and** one document from "List C" of the I-9 form.

**Performance Objectives**

TELUS is committed to being a high performing growth-oriented organization with a strong performance culture, and ongoing team member development is the foundation of TELUS' success. As a TELUS team member, you and your support person will set out your individual performance objectives and customized career development plan. Your expectations and progress will be reviewed at regular intervals with your support person.

**Confidentiality and Intellectual Property Obligations**

You are required to execute the Confidentiality and Intellectual Property Agreement attached as Schedule "A", and in doing so, you are acknowledging that this is a condition of your employment.

**Software Licensing, Information Protection and Non-Disclosure Agreement**

You are required to execute the Software Licensing, Information Protection and Non-Disclosure Agreement attached as Schedule "B", and in doing so, you are acknowledging that this is a condition of your employment.

**Additional Obligations**

As you may know, TELUS is a federally regulated Telecommunications Company, and accordingly is subject to the jurisdiction of the Canadian Radio-television and Telecommunications Commission and Industry Canada. For this reason, you will be required to comply with all applicable laws and regulations, including but not limited to those of the Canadian Radio-television and Telecommunications Commission and Industry Canada, in the performance of your duties. Any violation of these laws and regulations could lead to discipline, up to and including summary dismissal. If you have questions or concerns regarding the applicable laws, please discuss these with your support person and/or review the information available from the following sources:

- The CRTC Website, located at crtc.gc.ca
- The Industry Canada Website, located at ic.gc.ca

TELUS is committed to being Canada's premier corporate citizen, and to this end has developed a number of policies with which you will be expected to comply during the course of your employment with TELUS, as follows:

a) TELUS' Ethics Policy: TELUS' goal is to demonstrate the highest level of ethics and integrity in our business dealings with all stakeholders. You are required to read TELUS' Ethics Policy as outlined on the TELUS website at http://about.telus.com/governance/ethics.html prior to signing this Agreement, and by signing this Agreement, you are confirming that you have read TELUS' Ethics Policy and agreeing that you are bound by these ethical standards expected of all TELUS team members. In addition, you will be required to complete the latest version of the TELUS team members' online Ethics course (eEthics) within 21 days of commencing employment with TELUS.
b) TELUS' Security Policy: TELUS is dedicated to protecting the privacy and integrity of customer information and to ensuring that TELUS' services will be reliably available. Within 21 days of commencing employment with TELUS, you will be expected to read TELUS' Security Policy and to complete TELUS team members' online Security Course (eSecurity).
c) TELUS' Privacy Policy: TELUS also has a long-standing policy of protecting the privacy of all TELUS employees in all business operations. You are required to read the TELUS brochure entitled "Our Privacy Commitment to Employees" that is enclosed with this Agreement, and by signing this Agreement, you are consenting to TELUS collecting, using, and disclosing your personal information for the purposes identified in the brochure.
d) Additional Policies: You are required to comply with the policies, directions and instructions given to you from time to time by or on behalf of TELUS. You are also required to devote substantially all of your time, attention and energies to your duties during ordinary office hours.
e) In addition, you will be required to complete and sign off on the latest version of the TELUS Integrity learning course within 21 days of commencing employment with TELUS. This course combines the key principles of the Ethics, Corporate Security, Respectful Workplace and Privacy Policies into one online learning course.

**General**

This letter and its attachments constitute the entire agreement between you and TELUS. By signing these documents, you are acknowledging that there are no other written or verbal agreements or representations that form the basis for your employment with TELUS. No supplement to, or modification, amendment or waiver of this Agreement or any part of it will be effective or binding upon TELUS or you unless in written form and signed by both parties.

By signing this Agreement you agree that you were not enticed from other employment to commence working for TELUS, and you agree not to make a claim at a later date that you were enticed from other employment or opportunity.

The rights and obligations of TELUS under this Agreement will take effect to the benefit and will be binding upon its successors and assigns.

By signing this Agreement you acknowledge that you have had the opportunity to seek independent legal advice with respect to the matters contained in this Agreement.

**We look forward to you becoming a part of our team and to your contribution to TELUS' future success.**

Sincerely,

DocuSigned by:
Ayesha Ishfaq
C64DE9F197594D5...
Ayesha Ishfaq
Corporate Talent Acquisition Manager

**I accept the terms of this offer as outlined in this Agreement:**

DocuSigned by:
Monica Morrison
32AB0AA78DAE412...

10 November 2023 | 5:56 GMT

Signature Date

**SCHEDULE "A"**

**Team Member Confidentiality and Intellectual Property Agreement**

Background:

A. Throughout the course of my employment with Telus International AI Acquisition, Inc. and/or any firm, corporation, partnership, association, trust or other corporate entity that controls, is controlled by, or is under common control with Telus International AI Acquisition, Inc., (collectively, "TELUS"), I may receive, develop, learn or otherwise be exposed to sensitive, personal, confidential, proprietary or critical information, including but not limited to: capital, marketing or business plans; budgets and strategies; customer/client lists and records; marketing studies; financial information; projections; cost estimates; cost and pricing practices; personnel records; trade secrets; minutes; data; designs and specifications, whether recorded or unrecorded (in whatever medium) possessed by TELUS or used in TELUS' business (collectively, the "Confidential Information")

B. It is essential to the success of TELUS that I protect the confidence of TELUS and TELUS' Associates.

Agreement:

I agree as follows:

**Confidentiality Covenant.** During and after my employment with TELUS I shall not, other than for the purposes of my employment with TELUS, disclose to any person any Confidential Information of TELUS or of its clients, employees, consultants, suppliers or associates (collectively, the "Associates") and I shall take all reasonable precautions to protect Confidential Information from such disclosure.

**Exception.** This Agreement shall not apply to any Confidential Information: (a) upon it becoming publicly available other than as a result of disclosure in breach of this Agreement or of any other Agreement of confidentiality with TELUS, provided however that where any part of such information is publicly available but a compilation of information which includes such part is not publicly available, then such compilation shall be kept secret and confidential as provided in this Agreement; or (b) which I can show was already in my possession prior to disclosure or was received after the time of disclosure from a third party who did not require that it be held in confidence and who did not acquire it, directly or indirectly, from TELUS under an obligation of confidence.

**Intellectual Property.** I acknowledge that for the purposes of this Agreement, "Intellectual Property" shall mean all intellectual property and all similar rights and properties throughout the world, including, without limitation: (i) all inventions, patents, patent applications and patent disclosures, together with all reissuances, continuations, continuations-in-part, revisions, extensions and re-examinations; (ii) all trade-marks, trade-names, corporate names, domain names and all associated goodwill; (iii) all copyrightable works, copyrights and industrial designs; (iv) all Confidential Information, trade secrets, processes, procedures, know-how, methods, data, compilations, databases and any associated information, together with: (a) all copies and tangible embodiments of the foregoing, in whatever form or medium (including all computer software and related documentation); (b) all improvements, modifications, translations, adaptations, refinements, derivations and combinations; (c) all applications, registrations and renewals; and (d) all related intellectual property rights.

I acknowledge and agree that TELUS and its successors and assigns shall exclusively own all Intellectual Property that, in whole or in part: is created or conceived during the course of my employment with TELUS; is based on or arises from Confidential Information; is created or conceived on company time; or is created or conceived using the equipment, materials or resources of TELUS. I agree to assign, and upon creation of any Intellectual Property, or element of any Intellectual Property, automatically assign, to TELUS, its successors and assigns, any right, title or interest (if any) that I may have in same. This assignment includes, without limitation, any and all rights to secure any

patent, trade-mark, copyright, industrial design or other registrations (including without limitation, any renewals or extensions) with respect to the Intellectual Property in Canada and elsewhere. Furthermore, I waive all moral rights and similar rights of authorship or integrity to any work that I may have in, and in each element of, the Intellectual Property. I agree to immediately disclose, whether on creation or conception, all such Intellectual Property to TELUS.

On request and without further consideration, but at the expense of TELUS, I agree to testify at all legal proceedings, sign all applications and other lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths, execute all necessary documents to effect the legal and beneficial transfer of the Intellectual Property to TELUS, its successors and assigns, and to confirm the waiver of any related moral rights and generally do everything as reasonably requested to aid TELUS, its successors, assigns and nominees to obtain and enforce proper protection, registration and ownership of the Intellectual Property in all countries.

**Required Disclosure.** If requested by any court, tribunal or governmental authority to disclose any Confidential Information, I shall promptly notify TELUS of such request so as to permit TELUS to seek a protective order or take other appropriate action. I will also cooperate in TELUS' efforts to obtain a protective order or other reasonable assurance that confidential treatment will be afforded the Confidential Information.

**Return of Materials.** Upon the termination of my employment relationship or upon TELUS' request, I shall promptly return to TELUS all materials (in whatever medium) containing or reflecting Confidential Information.

**Undertaking.** I shall not, in the course of my employment, improperly use or disclose any confidential or proprietary information or trade secrets of any former or concurrent employer or any other person or entity, nor shall I undertake any activity which could result in the misappropriation of, improper use of or infringe upon the intellectual property rights or otherwise of any former or concurrent employer or any other person or entity.

**Injunctive Relief.** I acknowledge that a breach of any of these provisions will cause irreparable harm to TELUS and not be compensable in damages. Accordingly, I agree that, in addition to any other remedies that may be available, TELUS shall have the right to an immediate injunction enjoining such breach or enforcing specific performance.

**Other Obligations.** The obligations set forth in this Agreement are in addition to, and not in substitution for, any and all other obligations and duties which I may from time to time owe to TELUS whether at law, in equity, under statute, under contract or otherwise.

**Survive Termination.** I acknowledge that the obligations set forth in this Agreement shall continue until they have been satisfied and will for greater certainty survive the termination of my employment relationship with TELUS for any reason if unsatisfied at the time of such termination.

**Severability.** I acknowledge and agree that the invalidity or unenforceability of any particular provision of this schedule will not affect any other provision and this schedule will be construed as though such invalid or unenforceable provision were omitted.

SIGNED this 10th day of November, 20 23 at 12 : 52

Monica Morrison
Team Member Name

DocuSigned by:
Monica Morrison
32AB0AA78DAE412...
Team Member Signature

TELUS® International

**SCHEDULE "B"**

**Software Licensing, Information Protection and Non-Disclosure Agreement**

Statement of policy:

Telus International AI Acquisition, Inc. and/or any firm, corporation, partnership, association, trust or other corporate entity that controls, is controlled by, or is under common control with Telus International AI Acquisition, Inc., (collectively, "TELUS") requires that only properly licensed software be stored in or executed upon its computers. All users shall use software only in accordance with the applicable license agreement. Each software license is presumed to be for a single copy, operating in a single computer unless the license agreement specifically states otherwise. Unless otherwise provided in the applicable software license, any duplication of copyrighted software, except for backup and archival purposes, may result in a violation of the law including a violation of copyright, and accordingly may expose TELUS to liability.

TELUS' policy is to protect its sensitive, personal, confidential, proprietary and critical information including electronically stored information, and to protect the sensitive, personal, confidential, proprietary and critical information it receives from third parties (including its licensors). Misuse or disclosure of this information could have a detrimental effect on TELUS or third party company operations. Protection of this information is vital to maintain our competitive edge and safeguard the company's and its employees' futures.

Any unauthorized or willful violation of this policy by any individual may result in disciplinary action in accordance with TELUS Human Resources policies, appropriate legal action, and/or enforcement of this Agreement.

Each employee is required to sign this TELUS Software Licensing, Information Protection and Non-Disclosure Agreement prior to being allowed access to any TELUS computer system, device or software.

User's personal responsibilities:

1. I agree to use all software in accordance with the applicable license agreements.
2. I agree to make no unauthorized copies of any software under any circumstances.
3. I agree to give no software to any outsiders including clients, customers and others without specific authorization in the applicable license agreement.
4. I agree to classify and protect sensitive personal, confidential, proprietary or critical information according to TELUS' security classifications and in accordance with TELUS' applicable policies, including its privacy policy.
5. I agree to use TELUS computer resources, software and systems, including electronic mail, for management-approved business purposes only.
6. I agree to run TELUS-furnished virus detection software and use the security features on my computer to protect against viruses and other malicious software.
7. I agree to secure my computer devices, through the use of TELUS-furnished security software and/or devices, to prevent unauthorized access and theft.
8. I agree not to copy, disclose or use any of TELUS', or the third parties with whom it interacts, sensitive, personal, confidential or proprietary or critical information, except to perform my job responsibilities.
9. I agree to be accountable for all uses of my individual user ID (computer account).

**By signing, I agree to adhere to the policy and personal responsibilities stated in this Agreement.**

SIGNED this 10th day of November, 20 23 at 12 : 53

DocuSigned by:
Monica Morrison
32AB0AA78DAE412

Monica Morrison
Team Member Name

Team Member Signature

## Mutual Agreement to Arbitrate Claims

I recognize that differences may arise between TELUS International and/or any current and former owners, partners, members, officers, directors, employees, representatives and agents, all parent companies, subsidiaries and affiliated entities, all benefit plans and benefit plan sponsors, fiduciaries, administrators, and all successor and assigns of any of them (collectively and individually, the "Company"), and me during or following my employment with the Company. I understand that, by signing this Mutual Agreement to Arbitrate Claims (the "Agreement"), both the Company and I are agreeing to resolve any differences between us (except as specifically excepted below) through the binding arbitration procedures explained below.

**Claims Covered by this Agreement**. To the maximum extent allowed by law, the Company and I mutually consent to the resolution by binding arbitration of all claims or causes of action, except as provided below, that the Company may have against me or that I may have against the Company under any federal, state or local law including, but not limited to: claims for breach of any contract or covenant; tort claims; claims for discrimination or harassment of any kind under law; claims for retaliation; claims for violation of public policy; claims for unpaid wages or other wage claims including, but not limited to, claims for overtime pay, meal and rest periods, pay stub violations, minimum wage, back wages, sick leave and vacation leave; claims for violation of any federal, state, local or other law, statute regulation or ordinance, including, but not limited to, all claims arising under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act of 1990, as amended, the Fair Labor Standards Act, the Equal Pay Act, the Family and Medical Leave Act and any applicable state laws.

**Claims Not Covered by this Agreement.** This Agreement does not apply to claims for workers' compensation or unemployment compensation benefits or any other claim not subject to arbitration under applicable law. I understand that I may bring issues to the attention of federal, state or local government agencies, which, if the law allows, can seek relief against the Company on my behalf. Also, this Agreement shall not prohibit the Company or me from filing a claim against the other with any federal, state or local government agency.

**Waiver of Right to Class Actions.** I understand that, by signing this Agreement, both the Company and I are giving up any right we may have to participate in a class action or proceeding to the extent permitted by applicable law. Accordingly, the Company and I may only bring claims against each other in our individual capacities, and neither of us may bring claims against the other as a plaintiff or member in any purported class action or proceeding, unless applicable law holds to the contrary. Furthermore, unless the Company and I agree in writing otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a class action proceeding.

**Federal Arbitration Act Governs.** This Agreement to arbitrate is subject to and governed by the Federal Arbitration Act, 9 U.S.C. Section 1 *et seq.* ("FAA"). State arbitration laws do not apply or govern this Agreement in any respect unless specifically referenced herein.

**Arbitration Procedures.** The Company and I agree that any arbitration shall be in accordance with and under the auspices and rules of the Judicial Arbitration and Mediation Services, Inc. ("JAMS") for the resolution of employment disputes, unless the parties mutually agree to use a different dispute resolution service. The JAMS Employment Arbitration rules & Procedures may be found on JAMS' website at: https://www.jamsadr.com/rules-employment-arbitration/.

The arbitration shall take place in the county where the Company last employed me. The arbitrator shall be neutral and will be selected by the mutual agreement of the parties.

The arbitrator shall have the authority to grant any party all remedies otherwise available by law, including injunctions, but the arbitrator shall not have the power to grant any remedy that would not be available in state or federal court. The arbitration shall provide for written discovery and depositions as provided in the Federal Rules of Civil Procedure, keeping in mind the goal of achieving a prompt, efficient and affordable process, and for written decision by the arbitrator that includes the essential findings and conclusions upon which the decision is based. The arbitrator's decision must be issued no later than thirty (30) days after a dispositive motion is heard and/or an

TELUS International

arbitration hearing has been completed. The arbitrator's decision regarding the claims shall be final and binding upon the parties and shall be enforceable in any court having jurisdiction thereof.

The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Agreement including, but not limited to, any claim that all or any part of this Agreement is void or voidable.

**Arbitration Fees and Costs.** I will be required to pay an arbitration fee to initiate any arbitration equal to what I would be charged as if I filed a case in court. The Company shall advance the remaining fees and costs of the arbitrator to the extent such costs exceed what would otherwise be incurred in a court proceeding. However, to the extent permissible under applicable law, and following the arbitrator's ruling on the matter, the arbitrator may rule that the arbitrator's fees and costs be distributed in an alternative manner. Each party shall pay its own or his/her own costs and attorneys' fees, if any. If, however, if any party prevails on a statutory claim that affords the prevailing party attorneys' fees, the arbitrator may award attorneys' fees to the prevailing party to the extent permitted by applicable law.

**Modification/Entire Agreement.** This Agreement to arbitrate shall survive the termination of my employment. It can only be revoked or modified by a writing signed by the parties that specifically states an intent to revoke or modify this Agreement.

**Severability.** If any provision of this Agreement, is found to be unenforceable, in whole or in part, such finding shall not affect the validity of the remainder of this Agreement and this Agreement shall be reformed to the greatest extent possible to ensure that the resolution of all conflicts between the parties as described herein are resolved by neutral, binding arbitration.

**Violation of this Agreement**. Should either party to this Agreement pursue any arbitrable dispute by any method other than arbitration, the other party shall recover from the initiating party all damages, costs, expenses and attorneys' fees incurred as a result of such action or proceeding

**Not an Employment Agreement.** This Agreement does not alter the at will status of my employment.

**I acknowledge that I have carefully read this Agreement and that I understand its terms.**

**I understand that, by signing this Agreement, both the Company and I are giving up any right we may have to a jury trial on all claims we may have against each other.**

| | | |
|---|---|---|
| Monica Morrison | 10 November 2023 \| 5:56 GMT | DocuSigned by: Monica Morrison 32AB0AA78DAE412... |
| Print name of Employee | Date | Signature of Employee |
| Telus International AI Acquisition, Inc. | 09 November 2023 \| 5:19 PST | DocuSigned by: Ayesha Ishfaq C64DF9E197594D5... |
| Print name of Company | Date | Signature of Company Representative Representative |