**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MONICA MORRISON,<br><br>Plaintiff,<br><br>- against -<br><br>TELUS DIGITAL, TELUS CORPORATION, JESSICA SARGENT, and PEGGY KEYS,<br><br>Defendants. | Case No. 1:26-cv-08161 (SHS) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Monica Morrison ("Plaintiff") and Defendant TELUS International Digital Solutions, LLC, sued as TELUS Digital ("TELUS"), subject to the approval and order of District Judge Sidney H. Stein,

(1) that Plaintiff's time to oppose TELUS's Motion to Compel Arbitration and Stay the Action (ECF No. 7) (the "Motion") is extended by 45 days, from October 19, 2026 to and including December 3, 2026;

(2) that Plaintiff may file an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) on or before December 3, 2026;

(3) that TELUS [and the TELUS-affiliated entities newly named in the Amended Complaint as Telus International AI Acquisition, Inc. and Telus International Digital Solutions, LLC] will not assert insufficient process or insufficient service of process under Fed. R. Civ. P. 12(b)(4) or 12(b)(5), or otherwise contest service, as a defense to the Amended Complaint;

(4) that TELUS [and the newly named TELUS-affiliated defendants] will have 21 days after the filing of the Amended Complaint to answer or otherwise respond to it; and

(5) that nothing in this Stipulation waives any party's rights, arguments, or defenses, including TELUS's right to compel arbitration and Plaintiff's arguments in opposition to arbitration, except as expressly provided in paragraph (3).

Dated: October 19, 2026

GODDARD LAW PLLC

By: /s/ Megan Goddard
Megan Goddard
39 Broadway, Suite 1540
New York, New York 10006
(646) 504-8363
Megan@goddardlawnyc.com
*Attorneys for Plaintiff*

SOLOMON, CRAMER & SUMMIT LLP

By: /s/ Andrew T. Solomon
Andrew T. Solomon, Esq.
25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102
asolomon@solomoncramer.com
*Attorneys for Defendant TELUS International Digital Solutions, LLC, sued as TELUS Digital*

SO ORDERED: Sidney H. Stein
Hon. Sidney H. Stein, U.S.D.J.

Dated: New York, New York
October 19, 2026